William A. Miles and Company, Respondent, v. Rudolph Oelsner, Appellant.— Judgment affirmed, with costs. No opinion.

Fulton Bag and Cotton Mills, Respondent, v. G. Fred Allison and Carleton G. Lowery, Copartners Doing Business under the Firm Name and Style of G. F. Allison & Company, Appellants.— Judgment and order affirmed, with costs. No opinion.

Thomas Gavin, Appellant, v. New York Contracting Company—Pennsylvania Terminal, Respondent.— Judgment affirmed, with costs. No opinion.

Clara Blumert, Respondent, v. William M. Hoes, Public Administrator of the County of New York, as Administrator, etc., of Martin Brennan, Deceased, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $372, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Leon Cassier, Respondent, v. Revillon Frères, Incorporated, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to deduct $279.15 from verdict, in which event judgment as so reduced and order affirmed, without costs. No opinion. Settle order on notice.

Lillian S. Croft, Respondent, v. Rockville Centre Milling and Construction Company, Appellant.— Judgment affirmed, with costs. No opinion.

Albert S. Moore, Appellant, v. Vulcanite Portland Cement Company, Respondent, Impleaded with Louis O. Hedden and Northampton Portland Cement Company.— Judgment affirmed, with costs, on 121 Appellate Division, 667. (Scott, J., dissented.)

Albert Russell Brandly, Respondent, v. American Butter Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham and Laughlin, JJ., dissented.)

Solomon Lindenborn, Respondent, v. Lillian B. Vogel, Appellant.— Determination of Appellate Term reversed and judgment of the Municipal Court affirmed, with costs in the Appellate Term and in this court. No opinion. Settle order on notice.

Margaret E. Walsh, as Administratrix with the Will Annexed of William Bishop, Deceased, Respondent, v. New England Mutual Life Insurance Company and Others, Respondents. Robert O'Shea, Individually and as Administrator, etc., of Patrick O'Shea, Deceased, and Others, Appellants.— Judgment affirmed, with separate costs to all respondents who appeared in this court and filed briefs, payable out of the fund. No opinion. Settle order on notice.

Emma Morley, Respondent, v. Interborough Rapid Transit Company, Appellant. Frank L. Morley, Respondent, v. Interborough Rapid Transit Company, Appellant.—Judgments and orders affirmed, with costs. No opinion.